JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amy Gimble, | ) CASE NO.: 2:23-cv-10092-SVW-PVC |
| Plaintiff | ) JUDGMENT |
| vs. | ) |
| Coast to Coast Financial Solutions, Inc. et al | ) |
| Defendant. | ) |

Judgment is entered for Plaintiff and against Defendant Coast to Coast Financial Solutions, Inc., pursuant to the Court's order dated July 17, 2024.

DATE: ___July 17, 2024___

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE